FRANCESCO CAMPULLU, Respondent, *v.* BRADLEY CONTRACTING COMPANY, Appellant.

*Campullu* v. *Bradley Contracting Co.*, 170 App. Div. 972, affirmed.
(Argued December 20, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The defendant, as contractor, was engaged in excavating a portion of Lexington avenue for subway purposes. The plaintiff entered its employ in August

preceding the accident, as a rockman, and was assigned to the mucking gang. He was injured, within fifteen minutes after the firing of a blast by the defendant's blasting gang, by the fall of a rock which came from the place where the blast was set, estimated to be from forty-five feet to eighty feet above the place where the plaintiff worked. No inspection as to the result of the blast was made, the defendant maintaining in the courts below that no duty to inspect rested on it.

*Frederick L. C. Keating* and *Israel V. Werbin* for appellant.

*Isidor Wels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.